UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tyhina Helen Tolbert, a/k/a Tyhina
Helen Talbert,

      Plaintiff,

v.	No. 14-cv-4996 (JNE/SER)
	ORDER

Hennepin County Human Services and
Public Health Department, et al.,

      Defendants.

Plaintiff Tyhina Helen Tolbert filed a Complaint in conjunction with an Application to Proceed In Forma Pauperis ("IFP"). The United States Magistrate Judge found Tolbert's Complaint to be unintelligible and provided her with an opportunity to amend it. Tolbert subsequently filed an Amended Complaint.

In a Report and Recommendation, the Magistrate Judge now recommends that Tolbert's IFP application be denied and that this action be summarily dismissed because her Amended Complaint fails to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) ("[T]he court shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted").

Tolbert did not object to the Report and Recommendation. After conducting a de novo review of the record, the Court now adopts it.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. The Report and Recommendation [ECF No. 5] is ADOPTED.

1

2. Plaintiff's Application to Proceed In Forma Pauperis [ECF No. 2] is DENIED.

3. This action is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 23, 2015                           s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge